UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA H. JORDAN, | Case No. 2:18-cv-02717-KJM-AC |
| Plaintiff, | |
| v. | ORDER |
| BANK OF AMERICA, N.A., et al., | |
| Defendants. | |

Under the court's standing order, counsel must certify in any notice of motion that the parties have exhausted meet and confer efforts. ECF No. 3-1 at 3. Here, defendant Nationstar Mortgage LLC, complied with that requirement in filing its motion to confirm no temporary restraining order is in place, indicating counsel "attempted to contact Plaintiff's counsel numerous times to meet and confer" by both phone and email but never "received any response from Plaintiff's counsel." ECF No. 20 at 2. Plaintiff opposes the motion without disputing that counsel failed to comply with the court's meet and confer requirement. ECF No. 22.

Accordingly, plaintiff's counsel is ORDERED to show cause within seven (7) days why he should not be sanctioned $250 for failure to comply with the court's meet and confer requirement.

IT IS SO ORDERED.

DATED: July 9, 2019.

UNITED STATES DISTRICT JUDGE

1