UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| JESSICA H. JORDAN, | Case No.: 2:18-cv-02717 |
|---|---|
| Plaintiff, | **ORDER GRANTING STIPULATION TO EXTEND DISCOVERY AND DISPOSITIVE MOTION HEARING DEADLINES** |
| vs. | |
| BANK OF AMERICA, N. A.; NATIONSTAR MORTGAGE LLC d/b/a MR. COOPER and DOES 1-100, Inclusive, | Comp. Filed: August 15, 2018<br>FAC Filed: July 25, 2019 |
| | Honorable Kimberly J. Mueller |
| Defendants. | [Filed Concurrently with Stipulation to Extend Discovery and Dispositive Motion Hearing Deadline] |

– 1 –
ORDER GRANTING STIPULATION TO EXTEND DISCOVERY AND
DISPOSITIVE MOTION DEADLINES

**ORDER**

After consideration of the pleadings as well as all other matters presented to the Court, and good cause having been shown, the Court rules as follows:

The Court GRANTS Defendant Nationstar Mortgage LLC's Unopposed Motion to Extend Discovery and Dispositive Motion Hearing Deadline set forth in the Court's Scheduling Order dated January 30, 2019 (ECF No. 18). The Discovery Deadline of October 18, 2019 is hereby extended to **December 18, 2019** and the hearing on Dispositive Motion Deadline of February 28, 2020 is hereby extended to **April 24, 2020**.

**IT IS SO ORDERED.**

Dated: October 4, 2019

_____
UNITED STATES DISTRICT JUDGE