UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA H. JORDAN, | No. 2:18-cv-02717-KJM-AC |
| Plaintiff, | |
| v. | <u>ORDER</u> |
| BANK OF AMERICA, N.A., et al., | |
| Defendants. | |

On September 9, 2019, the parties filed a notice of settlement between plaintiff and defendant Bank of America, N.A. ECF No. 42. The court acknowledged the notice, and set the deadline for dispositional documents as October 10, 2019. ECF No. 44. As of the date of this order, the parties have not filed dispositional documents and have therefore missed this deadline.

IT IS THEREFORE ORDERED that the parties meet and confer and notify the court by **October 23, 2019** regarding: (1) the status of settlement and (2) whether it is necessary to further continue the hearing on Bank of America's motion to dismiss, currently scheduled for November 6, 2019. ECF No. 53

DATED: October 17, 2019.

_____
UNITED STATES DISTRICT JUDGE