UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA H. JORDAN,<br><br>    Plaintiff,<br><br>  vs.<br><br>BANK OF AMERICA, N. A.; NATIONSTAR MORTGAGE LLC d/b/a MR. COOPER and DOES 1-100, Inclusive,<br><br>    Defendants. | Case No.: 2:18-cv-02717<br><br>[**PROPOSED**] **ORDER GRANTING STIPULATION TO EXTEND DISCOVERY DEADLINE**<br><br>Comp. Filed:  Aug. 15, 2018<br>FAC Filed:    July 25, 2019<br><br>Honorable Kimberly J. Mueller<br><br>*[Filed Concurrently with Stipulation to Extend Discovery Deadline]* |

# [~~PROPOSED~~] ORDER

After consideration of the pleadings as well as all other matters presented to the Court, and good cause having been shown, the Court rules as follows:

The Court GRANTS the Stipulation of Defendant Nationstar Mortgage LLC and Plaintiff Jessica H. Jordan's to Extend the Discovery Deadline set forth in the Court's Order dated October 4, 2019 (ECF No. 52). The Discovery Deadline is hereby extended from December 18, 2019 to February 18, 2020.

**IT IS SO ORDERED.**

Dated: December 12, 2019

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE