TROUTMAN SANDERS LLP
222 CENTRAL PARK AVENUE
SUITE 2000
VIRGINIA BEACH, VA 23462

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA H. JORDAN,<br><br>    Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, N.A.; NATIONSTAR MORTGAGE LLC d/b/a MR. COOPER; and DOES 1-100, Inclusive,<br><br>    Defendants. | Case No. 2:18-cv-02717-KJM-AC<br><br>**STIPULATION TO EXTEND DISCOVERY AND DISPOSITIVE MOTION DEADLINES**<br><br>First Amended<br>Compl. Filed: July 25, 2019<br><br>Judge:     Hon. Kimberly J. Mueller |

# ORDER

After consideration of the pleadings as well as all other matters presented to the Court, and good cause having been shown, the Court rules as follows:

The Court GRANTS the Stipulation of Defendant Nationstar Mortgage LLC and Plaintiff Jessica H. Jordan to Extend the Discovery Deadline set forth in the Court's Order dated December 12, 2019 (ECF No. 61) and Extend the Dispositive Motion Hearing Date set forth in the Court's Order dated October 4, 2019 (ECF No. 52). Discovery is hereby reopened and the Discovery Deadline is extended from February 18, 2020, to May 18, 2020. The Dispositive Motion Hearing Date is hereby extended from April 24, 2020, to July 24, 2020.

**IT IS SO ORDERED.**

Dated: March 9, 2020.

_____
CHIEF UNITED STATES DISTRICT JUDGE