UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA H. JORDAN,<br><br>    Plaintiff,<br><br>    v.<br><br>BANK OF AMERICA, N.A.; NATIONSTAR MORTGAGE LLC d/b/a MR. COOPER; and DOES 1-100, Inclusive,<br><br>    Defendants. | No.  2:18-cv-02717-KJM-AC<br><br><br><br>ORDER |

        The parties jointly request, ECF No. 69, to stay case activity due to COVID-19 and to modify the case management schedule.  Good cause appearing, the court GRANTS this request, as follows:

        1.    Due to the ongoing COVID-19 healthcare emergency affecting defendant's operations, all pretrial discovery, motion practice and other case activity in this matter shall be suspended, effective immediately, through July 20, 2020;

        2.    The discovery deadline is hereby extended from May 18, 2020, to July 16, 2020; and the dispositive motion hearing date is hereby extended from July 24, 2020, to September 25, 2020; and

3. On or before sixty (60) days from filing the stipulation, the parties are directed to submit a status report to the court with recommendations for proceeding with the case.

This order resolves ECF No. 69.

IT IS SO ORDERED.

DATED: May 14, 2020.

_____
CHIEF UNITED STATES DISTRICT JUDGE

2