UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA H. JORDAN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BANK OF AMERICA, N.A.;<br>NATIONSTAR MORTGAGE LLC d/b/a<br>MR.COOPER; and DOES 1-100,<br>Inclusive,<br><br>　　　　　Defendants. | Case No.  2:18-cv-02717-KJM-AC<br><br>**ORDER** |

The parties jointly request, ECF No. 76, to stay case activity due to COVID-19 and settlement discussions and to modify the case management schedule. Good cause appearing, the court GRANTS this request, as follows:

1. Due to the ongoing COVID-19 healthcare emergency affecting the parties' operations, and ongoing settlement negotiations between the parties, all pretrial discovery, motion practice, and other case activity in this matter shall be suspended, effective immediately through January 5, 2021;

2. The discovery deadline is hereby extended from September 14, 2020, to January 12, 2021; and the dispositive motion hearing date is hereby extended from December 11, 2020, to March 26, 2021; and

3. On or before one hundred twenty (120) days from filing the stipulation, the parties are directed to submit a status report to the Court with recommendations for proceeding with the case.

This order resolves ECF No. 76.

**IT IS SO ORDERED.**

Dated: September 16, 2020.

_____
CHIEF UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER ON STIPULATION TO STAY PROCEEDINGS