UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA H. JORDAN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BANK OF AMERICA, N.A.; NATIONSTAR MORTGAGE LLC d/b/a MR.COOPER; and DOES 1-100, Inclusive,<br><br>　　　　Defendants. | Case No.  2:18-cv-02717-KJM-AC<br><br>Hon. Kimberly J. Mueller<br><br>**ORDER ON STIPULATION TO STAY PROCEEDINGS** |

　　　　The parties jointly request, ECF No. 82, to stay case activity due to settlement discussions and to modify the case management schedule. Good cause appearing, the court GRANTS this request, as follows:

　　　　1.　　Due to ongoing settlement negotiations between the parties, all pretrial discovery, motion practice, and other case activity in this matter shall be suspended, effective immediately through June 5, 2021;

　　　　2.　　The discovery deadline is hereby extended from April 12, 2021, to July 12, 2021; and the dispositive motion hearing date is hereby extended from June 26, 2021, to October 8, 2021; and

3. On or before ninety (90) days from filing the stipulation, the parties are directed to submit a status report to the Court with recommendations for proceeding with the case.

The court does not anticipate granting any similar requests to stay and continue in the future absent a detailed showing of good cause.

This order resolves ECF No. 82.

**IT IS SO ORDERED.**

Dated: April 15, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE

ORDER ON STIPULATION TO STAY PROCEEDINGS