DAVID L. SMART (SBN 262533)
S. MARTIN KELETI (144208)
**SMART LAW OFFICES**
23 Corporate Plaza Drive, Suite 150
Newport Beach, CA  92660
Tel.: (949) 629-2588
Fax: (916) 361-6021

Attorneys for Plaintiff
JESSICA H. JORDAN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA H. JORDAN,<br><br>              Plaintiff,<br><br>       v.<br><br>BANK OF AMERICA, N.A.; NATIONSTAR MORTGAGE LLC d/b/a MR. COOPER; and DOES 1-100, Inclusive,<br><br>              Defendants. | Case No. 2:18-cv-02717-KJM-AC<br><br>Hon. Kimberly J. Mueller<br><br>**JOINT STATUS REPORT REGARDING STIPULATION TO STAY PROCEEDINGS**<br><br>First Amended<br>Compl. Filed:   July 25, 2019 |

On April 29, 2021, Plaintiff Jessica Jordan ("Plaintiff"), and Defendant Nationstar Mortgage LLC d/b/a Mr. Cooper ("Defendant"), by and through their respective undersigned counsel, provided a Joint Status Report Regarding the Parties' Stipulation to Stay Proceedings (the "JSR") [82], and a proposed order [82-1]. On April 15, 2021, the Court issued the requested order [83].

Discovery is now complete. Plaintiff and Defendant had already completed written discovery prior to the JSR. Since then, Defendant has taken Plaintiff's deposition, and Plaintiff has taken the deposition of Defendant's designated person most qualified to testify on its behalf.

The dispositive motion hearing deadline date was continued from March 26, 2021, to June 26, 2021, and neither Plaintiff nor Defendant intend to make a

dispositive motion.

Through their respective counsel, Plaintiff and Defendant have engaged in further settlement negotiations. Counsel for Plaintiff and Defendant remain cautiously optimistic that they will be able to resolve this matter without trial, and their continuing negotiations resulted in this report being admittedly tardy. Before the Court sets dates for filing the items required by Federal Rule 16(c) and Local Rules 163, 281, 282, and 285, conducting the pretrial conference required by Federal Rule 16, and scheduling trial of the matter pursuant to Federal Rule 40, Plaintiff and Defendant request at least 28 days for additional negotiations before the parties must turn to time- and expense-intensive trial preparation.

Dated: October 26, 2021

SMART LAW OFFICES
/s/ S. Martin Keleti[1]
David L. Smart
Attorneys for Plaintiff
*Jessica H. Jordan*

Dated: October 26, 2021

TROUTMAN PEPPER HAMILTON SANDERS LLP
/s/ Jared D. Bissell
Jared D. Bissell
Attorneys for Defendant
*Nationstar Mortgage LLC d/b/a Mr. Cooper*

---

[1] Pursuant to Eastern District Local Rule 131(e), filing counsel attests that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.