UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA H. JORDAN,<br><br>Plaintiff,<br><br>v.<br><br>NATIONSTAR MORTGAGE, LLC,<br><br>Defendant. | No.  2:18-cv-02717-DAD-AC<br><br>ORDER GRANTING THE APPLICATION OF D. KYLE DEAK TO APPEAR PRO HAC VICE FOR DEFENDANT<br><br>(Doc. No. 102) |

Attorney D. Kyle Deak of the law firm Troutman Pepper Hamilton Sanders LLP has applied to appear *pro hac vice* for defendant Nationstar Mortgage, LLC.  (Doc. No. 102.) Attorney Deak has demonstrated good standing in courts in the State of North Carolina and has paid the fee for admission.  (*Id.*)  He has not concurrently or within the year preceding this application made a *pro hac vice* application to the court.  (*Id.*)  His application is therefore approved, and the *pro hac vice* attorney is directed to request filing access through PACER.

IT IS SO ORDERED.

Dated:  **September 8, 2022**

_____
UNITED STATES DISTRICT JUDGE

1